**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Laura Fashing,
United States Magistrate Judge**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *Chavez v. The GEO Group, Inc*. | **DATE**: | Thursday, March 26, 2020 |
| **CASE No**: | 1:20-cv-00114-MV-LF | **COURTROOM CLERK**: | CCP |
| **PROCEEDINGS COMMENCED**: | 2:00 p.m. | **COURT IN RECESS**: | 2:15 p.m. |

**TYPE OF PROCEEDING**:  *Rule 16 Initial Scheduling Conference*

| **ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**: | **ATTORNEY(S) PRESENT FOR DEFENDANT(S)**: |
|---|---|
| Christopher Machin | Sarah O'Keefe |

**COURT'S RULING(S)**:

I. This case is assigned to a **COMPLEX** track.  The parties requested, and the Court approved, extended scheduling order deadlines due to the current Covid-19 outbreak.  The Court will set pretrial deadlines in a separate order and will adopt the discovery parameters in the parties Joint Status Report and Provisional Discovery Plan modified as stated at the conference.

II. The Court will set a telephonic status conference on Thursday, June 25, 2020 at **2:30 p.m.**

III. If the parties have discrete discovery disputes that can be resolved through a telephonic conference with Judge Fashing, they should contact chambers (505-348-2360).  Judge Fashing's guidelines for telephonic conferences can be found at https://www.nmd.uscourts.gov/content/honorable-laura-fashing (under "Procedures").  Both parties must agree to this process to resolve a discovery dispute prior to the parties contacting the Court.