IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA CHAVEZ,

        Plaintiff,

vs.                                                      1:20-cv-00114-MV-LF

THE GEO GROUP, INC.,

        Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Thursday, June 25, 2020**, at **2:30 p.m.** Counsel shall call my AT&T toll-free conference line at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.

_____
Laura Fashing
United States Magistrate Judge