## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDREA CHAVEZ,

      Plaintiff,

vs.

THE GEO GROUP, INC.,

      Defendant.

No: 1:20-cv-00114-MV-LF

### DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENAS

TO:    Plaintiff, ANDREA CHAVEZ, by and through her counsel of record.

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, you are hereby given notice that Defendant intends to serve the attached subpoenas on the following:

- Dr. Michael Montoya, c/o Professional Counseling Associates
- Dr. Randall Brown, c/o Sunrise Medical Group

DATED this 10th day of June, 2020.

*R. Shawn Oller*
R. Shawn Oller (N.M. Bar No. 8787)
soller@littler.com
Sarah O'Keefe (Pro Hac Vice)
sokeefe@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 E. Camelback Road, Suite 900
Phoenix, AZ 85016
602.474.3600 (Telephone)
602.957.1801 (Facsimile)

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically transmitted the attached document to the following individuals this 10th day of June, 2020:

Donald G. Gilpin
Christopher P. Machin
Gilpin Law Firm, LLC
6100 Indian School Road NE, Suite 115
Albuquerque, New Mexico 87110
ggd48@aol.com
cmachin@thegilpinlawfirm.com
promanov@thegilpinlawfirm.com

            *s/ Sara Jurecki*