# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

## SETTLEMENT CONFERENCE BEFORE
## MAGISTRATE JUDGE LAURA FASHING

Caption:   *Chavez v. The GEO Group, Inc.*
           1:20-cv-00114-MV-LF

Date:      Friday, August 28, 2020 at 9:00 a.m. via Zoom

| Appearances for Plaintiffs: | Appearances for Defendants: |
|---|---|
| Christopher P. Machin | Shawn Oller |
|  | Sarah O'Keefe |

| Plaintiff(s) in Attendance: | Defendant(s) in Attendance: |
|---|---|
| Andrea Chavez | Andrew Stepp, |
|  | Assistant General Counsel, |
|  | The GEO Group, Inc. |

Others Attending:


  **X**   **Case settled.**   Per order filed concurrently, closing documents due on Monday, **September 28, 2020.**

  ____   **Case did not settle.**

  ____   **Settlement efforts to be continued on** _____ **at** _____ **.**

  **X**   **Time in Conference =**  **4.25**  **hours.**