IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA CHAVEZ,

        Plaintiff,

vs.

THE GEO GROUP, INC.,

        Defendant.

No: 1:20-cv-00114-MV-LF

**<u>ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE</u>**

This matter came before the Court on Defendant The GEO Group, Inc.'s Unopposed Motion to Dismiss with Prejudice [Doc. 29, filed October 5, 2020] ("Motion"). The Court, having reviewed the Motion, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the above-captioned proceeding is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs.

_____
HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

LITTLER MENDELSON, P.C.

*/s/ R. Shawn Oller*
R. Shawn Oller
Sarah N. O'Keefe

Attorneys for Defendant

Agreed to:

*Approval given*
Donald G. Gilpin
Christopher P. Machin
Gilpin Law Firm, LLC
6100 Indian School Road NE, Suite 115
Albuquerque, New Mexico 87110
ggd48@aol.com
cmachin@thegilpinlawfirm.com

Attorneys for Plaintiffs